**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Global Renaissance Academy of Distinguished Education** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-0838942** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **5301 South McClintock Dr.**  **Tempe, AZ 85283** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **http://www.grandcanyonprep.com/**

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify: _____

Debtor **Global Renaissance Academy of Distinguished Education**  Case number (*if known*)
Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**  *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | **District of Arizona** | When | **4/30/10** | Case number | **2:10-bk-13140-PS** |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship to you | |
| | District | | When | | Case number, if known | |

Debtor **Global Renaissance Academy of Distinguished Education**  Case number (*if known*)
     Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case 2:16-bk-02228-SHG    Doc 1    Filed 03/08/16    Entered 03/08/16 13:14:11    Desc
Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3
    Main Document    Page 3 of 11

| Debtor | Global Renaissance Academy of Distinguished Education | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**March 8, 2016**__
                 MM / DD / YYYY

**X** __/s/ David Gordon__      **David Gordon**
Signature of authorized representative of debtor      Printed name

Title    **Chairman**

**18. Signature of attorney**

**X** __/s/ Pernell W. McGuire__      Date __**March 8, 2016**__
Signature of attorney for debtor      MM / DD / YYYY

**Pernell W. McGuire**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone   **(480) 733-6800**      Email address   **azbankruptcy@davismiles.com**

**015909**
Bar number and State

Fill in this information to identify the case:
Debtor name   **Global Renaissance Academy of Distinguished Education**
United States Bankruptcy Court for the:   **DISTRICT OF ARIZONA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AdvancED<br>PO Box 933823<br>Atlanta, GA 31193-3823 | | fees related to school accrediting | | | | $775.00 |
| Arizona State Retirement System<br>3300 North Central Ave<br>Phoenix, AZ 85012 | | Employee retirement contributions | Disputed | | | $100,000.00 |
| Building Works<br>PO Box 166828<br>Irving, TX 75016-6828 | | Custodian Services | | | | $1,825.00 |
| Changing Hands Book Store<br>64258 S. McClintock Dr., C-101<br>Tempe, AZ 85283 | | Books | | | | $1,800.00 |
| Charter Asset Management<br>530 W. Lytton Ave., 2nd Floor<br>Palo Alto, CA 94301 | | factoring agreement loan | Disputed | | | $231,370.27 |
| Clint Smith<br>1423 S. Higley Rd., Suite 128<br>Mesa, AZ 85206 | | legal services | | | | $7,745.27 |
| Cox Cable<br>PO Box 1259 Department 102285<br>Oaks, PA 19456 | | utility services | | | | $1,100.00 |
| Department of Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 990 payroll tax liability and penalties | Disputed | | | $125,000.00 |

| Debtor | Global Renaissance Academy of Distinguished Education | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Easley Sunland Tujunga, LLC attn: Jay Easley 10230 Wheatland Ave. Sunland, CA 91040 | | real property lease agreement | | | | $15,300.00 |
| Gary Smith GIS Investments 3141 S. 83rd Cir. Mesa, AZ 85212 | | business loan | | | | $17,000.00 |
| Mary Williams 801 N. Federal St. Unit 1119 Chandler, AZ 85226 | | unsecured loan | | | | $18,820.00 |
| Philadelphia Insurance PO Box 70251 Philadelphia, PA 19176-0251 | | Property and liability insurance premiums | | | | $2,159.25 |
| Richard Pew H and H Tax Relief PLLC 4135 S. Power Rd., Suite 133 Mesa, AZ 85212 | | tax services | | | | $700.00 |
| Salt River Project PO Box 80062 Prescott, AZ 86304 | | Utility services | | | | $1,100.00 |
| School Curriculum Services 953 W. Keating Ave. Mesa, AZ 85210 | | Consulting services | | | | $850.00 |
| SPED Resource Group Tom Timpone 3822 W. Elgin Chandler, AZ 85226 | | special needs services | | | | $3,800.00 |
| The Labrador Group 5141 N. 40th St., Suite 200 Phoenix, AZ 85018 | | marketing services | | | | $3,000.00 |
| TIP 1420 N. 27th Ave. Phoenix, AZ 85009 | | Maintenance services | | | | $4,391.00 |
| Udall Shumway 1138 N. Alma School Rd., Suite 101 Mesa, AZ 85201 | | legal services | | | | $3,500.00 |
| Xerox PO Box 660502 Dallas, TX 75266 | | copy machine lease | | | | $1,463.68 |

# United States Bankruptcy Court
## District of Arizona

In re    **Global Renaissance Academy of Distinguished Education**      Case No. _____
                                                      Debtor(s)        Chapter    **11**

# DECLARATION

I, the Chairman of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __3__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **March 8, 2016**       **/s/ David Gordon**
                                       **David Gordon**/**Chairman**
                                       Signer/Title

Date: **March 8, 2016**       **/s/ Pernell W. McGuire**
                                       Signature of Attorney
                                       **Pernell W. McGuire 015909**
                                       **Davis Miles McGuire Gardner, PLLC**
                                       **40 E. Rio Salado Parkway, Suite 425**
                                       **Tempe, AZ 85281**
                                       **(480) 733-6800 Fax: (480) 733-3748**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Global Renaissance Academy of Distinguished Education -

ACTION PUBLISHING
215 BLUE HERON RD.
GRAND JUNCTION CO 81505


ADVANCED
PO BOX 933823
ATLANTA GA 31193-3823


ARIZONA STATE RETIREMENT SYSTEM
3300 NORTH CENTRAL AVE
PHOENIX AZ 85012


BUILDING WORKS
PO BOX 166828
IRVING TX 75016-6828


CHANGING HANDS BOOK STORE
64258 S. MCCLINTOCK DR., C-101
TEMPE AZ 85283


CHARTER ASSET MANAGEMENT
530 W. LYTTON AVE., 2ND FLOOR
PALO ALTO CA 94301


CITY OF TEMPE
PO BOX 29617
PHOENIX AZ 85038-9617


CLINT SMITH
1423 S. HIGLEY RD., SUITE 128
MESA AZ 85206


COX CABLE
PO BOX 1259
DEPARTMENT 102285
OAKS PA 19456


DEPARTMENT OF TREASURY
IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Global Renaissance Academy of Distinguished Education -

EASLEY SUNLAND TUJUNGA, LLC
ATTN: JAY EASLEY
10230 WHEATLAND AVE.
SUNLAND CA 91040


GARY SMITH
GIS INVESTMENTS
3141 S. 83RD CIR.
MESA AZ 85212


HANSEL GROUP
18607 W. VOGEL AVE.
GOODYEAR AZ 85338


JABURG & WILK, P.C.
3200 N. CENTRAL AVE., STE. 2000
PHOENIX AZ 85012


JOSE CARDENAS
PO BOX 25738
TEMPE AZ 85285


JOSEPH TRUJILLO
6850 S. JUSTIN WAY
CHANDLER AZ 85249


MARY WILLIAMS
801 N. FEDERAL ST. UNIT 1119
CHANDLER AZ 85226


PERFECTION LEARNING
1000 N. SECOND AVE.,
LOGAN IA 51546


PHILADELPHIA INSURANCE
PO BOX 70251
PHILADELPHIA PA 19176-0251


RICHARD PEW
H AND H TAX RELIEF PLLC
4135 S. POWER RD., SUITE 133
MESA AZ 85212

Global Renaissance Academy of Distinguished Education -

SALT RIVER PROJECT
PO BOX 80062
PRESCOTT AZ 86304


SCHOOL CURRICULUM SERVICES
953 W. KEATING AVE.
MESA AZ 85210


SPED RESOURCE GROUP
TOM TIMPONE
3822 W. ELGIN
CHANDLER AZ 85226


STEVEN WINICK
BLAXTER BLACKMAN LLP
ONE BUSH ST., SUITE 650
SAN FRANCISCO CA 94104


THE LABRADOR GROUP
5141 N. 40TH ST., SUITE 200
PHOENIX AZ 85018


TIP
1420 N. 27TH AVE.
PHOENIX AZ 85009


UDALL SHUMWAY
1138 N. ALMA SCHOOL RD., SUITE 101
MESA AZ 85201


XEROX
PO BOX 660502
DALLAS TX 75266

In re   __Global Renaissance Academy of Distinguished Education__    Case No. _____

                                                                               Debtor(s)     Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Global Renaissance Academy of Distinguished Education__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 8, 2016** | /s/ Pernell W. McGuire |
| Date | **Pernell W. McGuire 015909** |
| | Signature of Attorney or Litigant |
| | Counsel for   __Global Renaissance Academy of Distinguished Education__ |
| | **Davis Miles McGuire Gardner, PLLC** |
| | **40 E. Rio Salado Parkway, Suite 425** |
| | **Tempe, AZ 85281** |
| | **(480) 733-6800 Fax:(480) 733-3748** |
| | **azbankruptcy@davismiles.com** |